IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE D. BOND,** : |
|     **Plaintiff,** : |
| : |
| v. : | **CIVIL ACTION NO. 25-5685** |
| : |
| **ROBERT P. CASEY,** *et al.*, : |
|     **Defendants.** : |

## ORDER

**AND NOW**, this 6th day of January 2026, upon consideration of Jesse D. Bond's Motions to Proceed *In Forma Pauperis* (Doc. Nos. 1, 6), Prisoner Trust Fund Account Statement (Doc. No. 7), and *pro se* Complaint (Doc. No. 2), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915. The Complaint is **DEEMED** filed.

    2.    Jesse D. Bond, # BZ-2493, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Bond's inmate account; or (b) the average monthly balance in Bond's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Bond's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to

Bond's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

       3.       The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

       4.       Bond's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's accompanying Memorandum.

       5.       The Clerk of Court shall **CLOSE** this case.

**IT IS SO ORDERED.**

                                          */s/ Karen Spencer Marston*
                                          **KAREN SPENCER MARSTON, J.**